## (January 15, 1962)

■ AXINN & SONS MILLWORK AND SUPPLY CORP., Plaintiff, v. SANDWICK CONSTRUCTION CO., INC., et al., Defendants.— Oral application by plaintiff, pursuant to section 132 of the Civil Practice Act, to vacate temporary stay, granted ex parte by order of a Justice of the Supreme Court, Suffolk County, dated December 29, 1961. Said order stayed plaintiff and its attorney, pending the determination of a motion by defendant Sandwick Construction Co., Inc., to vacate an order directing judgment against it, "from taking any further steps in relation to said judgment in this action and any steps in relation to the action now pending in the City Court, New York County, entitled 'Axinn & Sons Millwork and Supply Corp. vs. Maryland Casualty Company', and particularly in executing in regard thereto." Application to vacate stay denied with respect to the said judgment entered in this action against defendant Sandwick Construction Co., Inc.; in all other respects the application is granted and the stay is vacated. Beldock, P. J., Brennan, Hill and Hopkins, JJ., concur; Ughetta, J., not voting.

■ BILL SHERMAN'S LAS VEGAS CLUB INC., Respondent, v. MARKET BOWLING ALLEYS, INC., Appellant.— Motion by appellant to stay the trial of the action pending appeal from an order denying appellant's motion for summary judgment. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ OLGA SISKOVICH, Respondent, v. VALBORG JENSEN et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated October 16, 1961, requiring them to perfect their appeal for the December 1961 Term. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ (A) In the Matter of the TOWN OF HUNTINGTON, Respondent, v. MORTIMER T. BROWN, Appellant. Beldock, P. J., Christ, Rabin and Hopkins, JJ., concur; Hill, J., not voting. (B) MARIE McK. ROONEY, Respondent, v. ROBERT P. ROONEY, Appellant. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.— [In each action] On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated November 6, 1961, requiring him to perfect his appeal for the January 1962 Term.

■ In the Matter of TOWN OF HUNTINGTON, Respondent, v. MORTIMER T. BROWN, Appellant.— Upon the stipulation of the parties, the dismissal of the appeal (*ante,* p. 662) on the calendar call of January 5, 1962, is vacated. The appellant is directed to perfect the appeal and to be ready to argue or submit it at the March Term, commencing February 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ RAMON SOTO, an Infant, by GERTRUDE SOTO, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK, Respondent.— On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated November 2, 1961, requiring her to perfect her appeal for the January 1962 Term. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLONEL MARK FREEMAN, Appellant.— On the call of the calendar, on motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 17, 1961, requiring him to perfect his appeal for the September 1961 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.